1  Ernest Galvan, 196065
2  ROSEN, BIEN & GALVAN, LLP
   315 Montgomery Street, Tenth Floor
3  San Francisco, California 94104
   Telephone: (415) 433-6830
4
   Petitioner Leslie D. Mower
5

6

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9

10  LESLIE D. MOWER, Reg. No. 10178-081        Case No. C 07-3891 PJH
    Federal Correctional Institution - Camp Parks,
11  Dublin, California,                        STIPULATION AND [PROPOSED
                                               ORDER] TO CORRECT NAME OF
12              Petitioner,                    RESPONDENT IN AUGUST 8, 2007
                                               ORDER TO SHOW CAUSE
13       v.
                                               LOCAL RULE 7-12
14  PAUL COPENHAVER, Warden, Federal
    Correctional Institution - Camp Parks, Dublin,
15  California,

16
                Respondent.
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED ORDER] TO CORRECT NAME OF RESPONDENT IN AUGUST 8, 2007 ORDER
TO SHOW CAUSE - Case No. C 07-3891 PJH

1    THE PARTIES, BY AND THROUGH THEIR COUNSEL, STIPULATE AS
2  FOLLOWS:
3        1.    This Court's August 8, 2007 Order to Show Cause should be corrected to indicate
4  that Respondent is Paul Copenhaver, Warden at the Federal Correctional Institution in Dublin,
5  California, and that copies of the Order and attachments thereto be served upon Attorneys for the
6  Respondent, United States Attorney Scott N. Schools, and Special Assistant United States
7  Attorney Dennis M. Wong.
8        2.    The parties further stipulate to request that the Order be corrected *nunc pro tunc* so
9  that the time for response is not to be extended beyond the time set by the August 8, 2007 order.

11   **IT IS SO STIPULATED.**

13   Dated: August 9, 2007        By: _____
14                                    DENNIS M. WONG
                                      Special Assistant U.S. Attorney
15                                    Attorney for Respondent

17   Dated: August 7, 2007        By: _____
18                                    ERNEST GALVAN
                                      Rosen, Bien & Galvan, LLP
19                                    Attorney for Petitioner

21   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23   Dated: August 10, 2007
24                                    _____
                                      Phyllis J. Hamilton
25                                    United States District Judge

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton

STIPULATION AND [PROPOSED ORDER] TO CORRECT NAME OF RESPONDENT IN AUGUST 8, 2007 ORDER
TO SHOW CAUSE - Case No. 07-3891 PJH